**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

ALICIA D. FORBES,          :   No. 28 EM 2023

              Respondent    :

              v.             :

TIMOTHY J. FORBES JR.,      :

              Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.